175 So.2d 647

### Succession of Effie Pecot MARSHALL.

#### No. 47799.

June 10, 1965.

In re: Joseph Marshall applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 174 So.2d 234.

Writ refused. No error of law in the judgment of the Court of Appeal.

175 So.2d 647

### BINNINGS CONSTRUCTION COMPANY, Inc.

#### v.

### SEWERAGE DISTRICT NO. I OF The PARISH OF ST. CHARLES, Louisiana.

#### No. 47800.

June 10, 1965.

In re: Binnings Construction Company, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Charles. 174 So.2d 183.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

175 So.2d 647

### STATE of Louisiana

#### v.

### John P. MARANGE.

#### No. 47815.

June 10, 1965.

In re: John P. Marange applying for writs of prohibition, mandamus and certiorari.

Writs refused. There is no error in the ruling complained of.

175 So.2d 647

### Jo Ann Joris GALLAGHER

#### v.

### James Albert GALLAGHER.

#### No. 47797.

June 10, 1965.

In re: James Albert Gallagher applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 174 So.2d 262.

Writ granted but limited to the question of whether the case should have been removed to the trial court.